UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                      Plaintiff, <br>     v. <br> RAYMOND GILLIAM, <br>                      Defendant. | No. CR 14-250 MMC <br><br> [~~PROPOSED~~] PRELIMINARY ORDER OF FORFEITURE |

Having considered the application for a preliminary order of forfeiture filed by the United States; the plea agreement entered on July 2, 2014, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. HP Deskjet Printer with power cord, (1) color ink cartridge and (1) black ink cartridge, serial number CN07QC6153 and

b. $20 Genuine Federal Reserve Note, SN EL20407653G

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish at least once, on a government website, for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

1  IT IS FURTHER ORDERED that the government shall conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS SO ORDERED this __31st__ day of __March__, 2015.

_____
MAXINE M. CHESNEY
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 14-250 MMC

2