UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-0250 MMC |
| Plaintiff, | [~~PROPOSED~~] FINAL ORDER OF FORFEITURE |
| v. | |
| RAYMOND GILLIAM, | |
| Defendant. | |

On March 31, 2015, the court entered a Preliminary Order of Forfeiture forfeiting the following property:

1. HP Deskjet Printer with power cord, (1) color ink cartridge and (1) black ink cartridge, serial number CN07QC6153 and

2. $20 Genuine Federal Reserve Note, SN EL20407653G

pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 492 and 28 U.S.C. § 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure.

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 14-0250 MMC                                    1

1  The United States represents that it has complied with the publication notice requirements of the
2  Preliminary Order and that no petitions have been filed.
3  THEREFORE, it is so ordered that the above-described property shall be forfeited to the United
4  States, pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 492 and 28 U.S.C. § 2461(c)  and the procedures
5  outlined in Rule 32.2 of the Federal Rules of Criminal Procedure.  All right, title, and interest in said
6  property is vested in the United States of America.  The appropriate federal agency shall dispose of the
7  forfeited property according to law.

Dated: July 20, 2015



HONORABLE MAXINE M. CHESNEY
United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 14-0250 MMC                                        2